# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2007

134914

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

      SC: 134914
      COA: 264176
      Oakland CC: 2004-197437-FC

LANCE ALLEN SCHMITT,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the July 31, 2007 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals for the reasons stated in the Court of Appeals dissenting opinion, and we REMAND this case to the Court of Appeals for consideration of the defendant's remaining issues.

      CAVANAGH and KELLY, JJ., would deny leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2007

_____
Clerk

p1128